UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OATH INC., <br><br> Plaintiff, <br><br> v. <br><br> EYARI INC. and PRABHANJAN K. DIDWANIA, <br><br> Defendants. | Case No. 5:18-cv-07443-NC <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING INJUNCTION AND DISMISSAL** <br><br> Courtroom: 5 - 4th Floor <br> Judge: Nathanael Cousins <br> Action Filed: December 11, 2018 |

WHEREAS, on December 11, 2018, Plaintiff Oath Inc. ("Oath") filed a lawsuit against eYari Inc. ("eYari") and Prabhanjan K. Didwania (collectively, "Defendants") alleging violations of the CAN-SPAM Act, the Computer Fraud and Abuse Act, and California's Business and Professions Code;

WHEREAS, eYari denies any liability;

WHEREAS, eYari has represented that Prabhanjan K. Didwania has had no involvement with eYari for nearly four years; and

WHEREAS, the Parties have agreed to resolve this case through settlement, including the entry of a stipulated injunction;

NOW, THEREFORE, Oath and eYari stipulate and agree as follows:

## **STIPULATED INJUNCTION**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to stipulation of the Parties, that:

1. eYari and all individuals acting on eYari's behalf who are described in Federal Rule of Civil Procedure 65(d)(2) (collectively, the "Prohibited Parties") are immediately and permanently enjoined and ordered as follows:

 a. The Prohibited Parties are immediately and permanently prohibited from knowingly accessing or utilizing, whether directly or indirectly via a third party, intermediary, or proxy, the Yahoo Mail Application Programming Interface on the Yahoo Developer Network for any reason without Oath's express written permission;

 b. The Prohibited Parties are immediately and permanently prohibited from knowingly accessing or utilizing, whether directly or indirectly via a third party, intermediary, or proxy, the Yahoo Developer Network for any reason without Oath's express written permission;

 c. The Prohibited Parties are immediately and permanently prohibited from knowingly accessing or utilizing, whether directly or indirectly via a third party, intermediary, or proxy, Yahoo OAuth issued credentials on its web applications for any reason without Oath's express written permission;

d. The Prohibited Parties are immediately and permanently prohibited from knowingly sending commercial email messages[1] to or through Yahoo or AOL email accounts, whether directly or indirectly via a third party, intermediary, or proxy, except that this prohibition shall not apply to transactional or relationship messages as defined by 15 U.S.C. § 7702(17)(A) that do not contain, or are not accompanied by, header information that is materially false or materially misleading;

e. The Prohibited Parties are immediately and permanently prohibited from downloading, harvesting, obtaining, or copying stored contacts of Yahoo or AOL users, whether directly or indirectly via a third party, intermediary, or proxy, without Oath's express written permission;

f. Within ten (10) days of the entry of this Order, the Prohibited Parties shall permanently delete and destroy any contact information they obtained from the stored contacts of any Yahoo accounts.

2. The Court will retain continuing jurisdiction to enforce the terms of this Stipulated Injunction and to address any other matters arising out of or regarding this Stipulated Injunction, including any allegations that the Parties have failed to comply with their obligations as set forth in this Stipulated Injunction.

3. This Stipulated Injunction shall inure to the benefit of, and be binding upon, each of Parties and their respective affiliates, predecessors, successors and assigns.

4. To the extent Oath believes in good faith that eYari has violated any provision herein, before Oath files any motion or any other action with the Court related to any such alleged violation, Oath shall provide eYari with written notice identifying its concern. eYari shall have fifteen (15) days to cure from the date of the meet and confer. The Parties shall then meet and confer in good faith to attempt to cure the alleged violation. If the Parties cannot reach agreement, Oath may seek to enforce the Court's injunction.

---

[1] "Commercial email message" means any electronic mail message the primary purpose of which is the commercial advertisement or promotion of a commercial product or service.

## DISMISSAL

5. Oath's claims against Defendants are hereby dismissed with prejudice against all Defendants, except the Court shall retain jurisdiction to enforce this Stipulated Injunction and Dismissal. Each Party shall bear its own fees and costs.

**IT IS SO STIPULATED**.

Dated: March 4, 2019   Respectfully submitted,

By: /s/ Ann Marie Mortimer
ANN MARIE MORTIMER (SBN 169077)
*amortimer@HuntonAK.com*
JASON J. KIM (SBN 221476)
*kimj@HuntonAK.com*
MEGAN LORENZEN (SBN 318136)
*mlorenzen@HuntonAK.com*
**HUNTON ANDREWS KURTH, LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

*Attorneys for Plaintiff*

Dated: March 4, 2019   Respectfully submitted,

By: /s/ Neel Chatterjee
Neel Chatterjee (SBN 173985)
*nchatterjee@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Telephone: (650) 752-3100
Facsimile: (650) 853-1038

*Attorney for Defendants*

**IT IS SO ORDERED.** Court retains jurisdiction.

Dated: March 11, 2019

HON. _____
UNITED STATES _____ JUDGE

GRANTED
Judge Nathanael M. Cousins

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system on March 4, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 4, 2019 in Los Angeles, California.

/s/ Deborah Purnell
DEBORAH PURNELL

# **ATTORNEY ATTESTATION**

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: March 4, 2019          /s/ Ann Marie Mortimer
ANN MARIE MORTIMER (SBN 169077)